UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

PETER ADEGBOYE,

                                    PLAINTIFF,

-AGAINST-

CITY OF NEW YORK, DETECTIVE PETER HOEFLINGER,
SERGEANT MICHAEL O'SULLIVAN, UC0115, UC0276,
DETECTIVE NELSON, DETECTIVE IRIZARRY, DETECTIVE JILLING,
DETECTIVE CAVALLO, AND DETECTIVE VARGAS,

                                    DEFENDANTS.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 7303 (NGG) (RER)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       May 2, 2016

| | |
|---|---|
| PHILIP AKAKWAM<br>*Attorney for Plaintiff*<br>303 Livingston Street<br>Brooklyn, New York 11217<br>718-858-8488<br><br>By: _____<br>Philip Akakwam<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendant City of New York*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Daniel Saavedra<br>*Assistant Corporation Counsel* |

SO ORDERED:

s/Nicholas G. Garaufis

_____
HON. NICHOLAS G. GARAUFIS
UNITED STATES DISTRICT JUDGE

Dated: May 11, 2016